No. 563, Misc.  VARNADOE v. ILLINOIS.  Sup. Ct. Ill. Certiorari denied.  *Gerald W. Getty* and *James J. Doherty* for petitioner.  *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *Philip J. Rock,* Assistant Attorneys General, for respondent.

No. 903, Misc.  EDWARDS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 979, Misc.  REEVES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Daniel H. Greenberg* for petitioner.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1008, Misc.  MOON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1094, Misc.  COTA v. ARIZONA.  Sup. Ct. Ariz. Certiorari denied.

No. 1104, Misc.  EDGERTON v. NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 1118, Misc.  McCAFFREY v. BLACKWELL, WARDEN. C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for respondent.